**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JAMIE ZENDIAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )    Case No. |
| | ) |
| INDIANA DEPARTMENT OF CHILD | ) |
| SERVICES, MARY BETH | ) |
| BONAVENTURA, and LISA RICH, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, Indiana Department of Child Services, Mary Beth Bonaventura, and Lisa Rich, by counsel, Rebecca L. McClain, Deputy Attorney General, pursuant to 28 U.S.C. §§1441 and 1446, hereby give notice of the removal of this action from Lake Superior Court, Indiana to the United States District Court for the Northern District of Indiana, Hammond Division. In support, Defendants state:

1.      This action was filed in Lake Superior Court on March 3, 2017, and assigned Cause No. 45D10-1703-CT-00044.

2.      On March 17, 2017, Plaintiff served a Complaint on Defendant, Lisa Rich.

3.      On or around March 20, 2017, Plaintiff served a Complaint on Defendant, Indiana Department of Child Services

4.      On March 22, 2017, Plaintiff served a Complaint on Defendant, Mary Beth Bonaventura.

5.      This Notice of Removal is timely, having been filed within thirty (30) days after receipt by Defendants of the Complaint and Summons, in accordance with 28 U.S.C. §1446(b).

6.      In accordance with 28 U.S.C. § 1446(b)(2)(A), all Defendants who have been served with a Complaint and Summons consent to removal of this action.

7.      Attached hereto are all pleadings, processes, and orders of the state court that have been served upon Defendants in this action, as required.

8.      Plaintiff brings this action against Defendants, pursuant to 42 U.S.C. § 1983. Plaintiff asserts that Defendants deprived him of rights and guarantees secured to him under the Fourteenth Amendments and numerous other federal statutes. Further, Plaintiff alleges that Defendants deprived him of his rights under the Indiana Constitution and numerous Indiana Statutes.

9.      This case may be removed because the claims against Defendants fall within the original jurisdiction of this Court, founded on a claim or right arising under the Constitution, treaties, or laws of the United States, *see* 28 U.S.C. §§1331 and 1441(a), and because the state law claims derive from a "common nucleus of operative fact" to Plaintiff's federal claims, providing the Court pendent jurisdiction over Plaintiff's state law claim. *Huffman v. Hains*, 865 F.2d 920, 922 (7th Cir. 1989) (citing *United Mine Workers of America v. Gibbs*, 383 U.S. 715, 721-29 (1966)).

10.      Notice of the filing of this Notice, and a file-stamped copy of this Notice, minus attachments, will be served upon all other parties and filed with the Clerk of the Lake County Court pursuant to 28 U.S.C. § 1446(d), upon receipt of a file-stamped copy.

Respectfully submitted,

CURTIS T. HILL, Jr.
Attorney General of Indiana
Atty. No. 13999-20

2

Dated:  <u>April 19, 2017</u>                    <u>/s Rebecca L. McClain</u>
                                         Rebecca L. McClain
                                         Deputy Attorney General
                                         Attorney No. 34111-49


OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South-5th Floor
302 West Washington Street
Indianapolis, IN 46204
Telephone: (317) 232-6292
Fax: (317) 232-7979
Email: Rebecca.McClain@atg.in.gov

3

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a copy of the foregoing, *Notice of Removal*, has been duly served upon the following listed below, by United States mail, first-class postage prepaid, on April 19, 2017:

Michael J. Rappa
Law Office of Michael J. Rappa, P.C.
233 East 84th Drive, Suite 203
P.O. Box 10932
Merrillville, IN 46411

*/s Rebecca L. McClain*
Rebecca L. McClain
Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South - 5th Floor
302 W. Washington Street
Indianapolis, IN  46204
Phone: (317) 232-6292
Fax:    (317) 232-7979
Email:  Rebecca.McClain@atg.in.gov